KEITH SPEER,

          Plaintiff,

v.                           Case No. 2:08-cv-13526
                               HON. PATRICK J. DUGGAN

CITY OF FLINT,

          Defendant.

| | |
|---|---|
| **KELLY A. KRUSE (P45538)** | **TRACHELLE C. YOUNG (P63330)** |
| **LEONARD KRUSE, P.C.** | **CHIEF LEGAL OFFICER** |
| **Attorney for Plaintiff** | **BY:   DANIEL KLEMPTNER (P68691)** |
| 4190 Telegraph Rd., Ste. 3500 |       **ASSISTANT CITY ATTORNEY** |
| Bloomfield Hills, MI 48302 | **Attorneys for Defendant** |
| (248) 594-7500 | 1101 S. Saginaw Street, 3rd Floor |
| kkruse@leonardkruse.com | Flint, MI  48502 |
| | (810) 766-7146 |
| | dklemptner@cityofflint.com |

## STIPULATION AND ORDER

The Parties, Plaintiff, Keith Speer and Defendant, City of Flint, by and through their attorneys hereby stipulate as follows:

1)      That this is a companion to case number 2:08-cv-13527, Karl Petrich v. City of Flint ("Petrich"); the latter being reassigned pursuant to LR 83.11, from the Honorable Robert H. Cleland to the Honorable Patrick J. Duggan.

2)      That according to a recently entered Order of the Court, case number 2:08-cv-13707, Lee Gaspar, *et. al.* v. David Dicks, *et. al.* ("Gaspar"), has been reassigned pursuant to LR 83.11 from the Honorable Gerald E. Rosen to the Honorable Patrick J. Duggan.

3)      That the parties in the Gaspar case will be before this Honorable Court on November 18, 2008 at 2:00 p.m. for their first Scheduling Conference.

4)      That based on the Court's reassignment of these actions, their similarities and in the interest of most efficiently using resources for discovery purposes, the parties to the Petrich case seek to have all deadlines extended in such a fashion so that they run concurrently with those dates determined in the upcoming Gaspar Scheduling Conference.

5)      It is further ordered that the deposition of Chief David Dicks, which had been duly noticed by Plaintiffs Speer and Petrich to take place on November 13, 2008, may be adjourned to a date and time agreed upon by counsel.  Plaintiff Speer shall not be precluded from taking the previously noticed deposition of Chief David Dicks if the November 13, 2008 deposition is adjourned at the request of the Defendant.

Dated:  November 10, 2008                    s/Daniel Klemptner
                                             TRACHELLE C. YOUNG (P63330)
                                             Chief Legal Officer
                                             By: Daniel Klemptner (P68691)
                                             Attorney for City of Flint
                                             dklemptner@cityofflint.com
                                             810-766-7146
                                             [P68691]


Dated:  November 10, 2008                    s/ with consent
                                             Norbert B. Leonard (P40056)
                                             LEONARD KRUSE, P.C.
                                             Attorney for Plaintiff
                                             4190 Telegraph Rd., Ste. 3500
                                             Bloomfield Hills, MI 48302
                                             kkruse@leonardkruse.com
                                             (248) 594-7500
                                             [40056]

KEITH SPEER,

                      Plaintiff,

v.                                    Case No. 2:08-cv-13526
                                    HON. PATRICK J. DUGGAN

CITY OF FLINT,

                      Defendant.

| | |
|---|---|
| **KELLY A. KRUSE (P45538)** | **TRACHELLE C. YOUNG (P63330)** |
| **LEONARD KRUSE, P.C.** | **CHIEF LEGAL OFFICER** |
| **Attorney for Plaintiff** | **BY:   DANIEL KLEMPTNER (P68691)** |
| 4190 Telegraph Rd., Ste. 3500 |        **ASSISTANT CITY ATTORNEY** |
| Bloomfield Hills, MI 48302 | **Attorneys for Defendant** |
| (248) 594-7500 | 1101 S. Saginaw Street, 3rd Floor |
| kkruse@leonardkruse.com | Flint, MI  48502 |
| | (810) 766-7146 |
| | dklemptner@cityofflint.com |

## <u>ORDER</u>

This cause having come before the Court, the Court hereby enters the following Order to control the progress of this case:

1) That this is a companion to case number 2:08-cv-13527, Karl Petrich v. City of Flint ("Petrich"); the latter being reassigned pursuant to LR 83.11, from the Honorable Robert H. Cleland to the Honorable Patrick J. Duggan.

2) That according to a recently entered Order of the Court, case number 2:08-cv-13707, Lee Gaspar, *et. al.* v. David Dicks, *et. al.* ("Gaspar"), has been reassigned pursuant to LR 83.11 from the Honorable Gerald E. Rosen to the Honorable Patrick J. Duggan.

3) That the parties in the Gaspar case will be before this Honorable Court on November 18, 2008 at 2:00 p.m. for their first Scheduling Conference.

4) That based on the Court's reassignment of these actions, their similarities and in the interest of most efficiently using resources for discovery purposes, the parties to the Petrich case seek to have all deadlines extended in such a fashion so that they run concurrently with those dates determined in the upcoming Gaspar Scheduling Conference.

5) It is further ordered that the deposition of Chief David Dicks, which had been duly noticed by Plaintiffs Speer and Petrich to take place on November 13, 2008, may be adjourned to a date and time agreed upon by counsel. Plaintiff Speer shall not be precluded from taking the previously noticed deposition of Chief David Dicks if the November 13, 2008 deposition is adjourned at the request of the Defendant.


S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: November 10, 2008
November 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 10, 2008November 10, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager