# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

KEITH SPEER,

        Plaintiff,

v.          Case No. 2:08-cv-13526-PJD-SDP

        HON. PATRICK J. DUGGAN

CITY OF FLINT,

        Defendant.

---

| | |
|---|---|
| **KELLY A. KRUSE (P45538)** | **FLINT LAW DEPARTMENT** |
| **LEONARD KRUSE, P.C.** | **JOHN POSTULKA (P71881)** |
| **Attorney for Plaintiff** | **Attorney for Defendant** |
| 4190 Telegraph Rd., Ste. 3500 | 1101 S. Saginaw Street, 3rd Floor |
| Bloomfield Hills, MI 48302 | Flint, MI 48502 |
| (248) 594-7500 | (810) 766-7146 |
| kkruse@leonardkruse.com | Primary Email: jpostulka@cityofflint.com |
| | Secondary Email: bgrisi@cityofflint.com |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## AND WITHOUT FURTHER COSTS

     **NOW COMES** Plaintiff, by his attorneys, the Law Office of Leonard Kruse, and Defendant, by its attorneys, City of Flint Law Department, and hereby stipulate that the above matter be dismissed with prejudice and without further costs to either of the parties.

| | |
|---|---|
| **LAW OFFICE OF LEONARD KRUSE** | **CITY OF FLINT LAW DEPARTMENT** |
| s/Kelly Kruse | s/John Postulka |
| KELLY A. KRUSE (P45538) | JOHN POSTULKA (P71881) |
| Attorney for Plaintiff | Attorney for Defendant |
| 4190 Telegraph Rd., Ste. 3500 | 1101 S Saginaw |
| Bloomfield Hills, MI 48302 | Flint, MI 48502 |
| kkruse@leonardkruse.com | jpostulka@cityofflint.com |
| (248) 594-7500 | 810-766-7146 |

**Dated: 08/24/11**         **Dated: 08/24/11**

S:\JP\Closed Litigation\Speer, Keith (US District Court\Stip and order.DOC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KEITH SPEER,

        Plaintiff,

v.                        Case No. 2:08-cv-13526-PJD-SDP

                       HON. PATRICK J. DUGGAN

CITY OF FLINT,

        Defendant.

---

**ORDER DISMISSING ACTION WITH PREJUDICE
AND WITHOUT FURTHER COSTS**

Plaintiff and Defendant having stipulated to dismissing the action with prejudice and without further costs to either party; and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice and without further costs to either party.

**IT IS SO ORDERED.**

**This is a final order that closes the case.**

    <u>s/Patrick J. Duggan</u>
    Patrick J. Duggan
    United States District Judge

Dated: August 25, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, August 25, 2011, by electronic and or ordinary mail.
    <u>s/Marilyn Orem</u>
    Case Manager